```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29857
    SHANNON M FOUCH
    MARGARET J FOUCH                            CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6454     SSN XXX-XX-2688

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/11/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.96%.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
A J SMITH FEDERAL SAVING  CURRENT MORTG         .00             .00            .00
A J SMITH FEDERAL SAVING  MORTGAGE ARRE      3406.46            .00        3406.46
AMERICREDIT FINANCIAL SV  SECURED           11425.00         966.55       11425.00
AMERICREDIT FINANCIAL SV  UNSECURED         12094.76            .00        3018.25
M&I MARSHALL & IISLEY BA  CURRENT MORTG         .00             .00            .00
M&I MARSHALL & IISLEY BA  MORTGAGE ARRE      2449.64            .00        2449.64
RESURGENT ACQUISITION LL  UNSECURED OTH      5615.83            .00        1401.26
CLERK U.S. DISTRICT COUR  UNSECURED         32154.70            .00        8024.21
US DEPT OF JUSTICE        NOTICE ONLY      NOT FILED            .00            .00
US DEPT OF JUSTICE        NOTICE ONLY      NOT FILED            .00            .00
US DEPT OF JUSTICE        NOTICE ONLY      NOT FILED            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,300.00                      2,300.00
TOM VAUGHN                TRUSTEE                                         1,856.69
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             34,848.06

PRIORITY                                          .00
SECURED                                     17,281.10
    INTEREST                                   966.55
UNSECURED                                   12,443.72
ADMINISTRATIVE                               2,300.00
TRUSTEE COMPENSATION                         1,856.69
DEBTOR REFUND                                     .00
                   --------------          --------------
TOTALS              34,848.06               34,848.06
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29857 SHANNON M FOUCH & MARGARET J FOUCH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE